## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, John Oliveira, having been duly sworn, do hereby depose and state as follows:

### INTRODUCTION

1. I am a Detective with the Somerville Police Department. I have been employed as an Officer with the Somerville Police for the past fourteen years, the last eight years as a Detective. I have been assigned to the FBI Violent Crimes Task Force ("Task Force") since June of 2008. As such, I have been sworn in as a Special Deputy U.S. Marshall. The Task Force comprises personnel from the FBI; several local police departments; and the Massachusetts State Police. During my tenure as a law enforcement officer, both with the Somerville Police Department and the Task Force, I have participated in numerous bank robbery investigations.

2.    I am aware that Title 18 of the United States Code, Section 2113(a), makes it a crime for anyone to use force and violence, or intimidation, to take or attempt to take from the person or presence of another, money belonging to or in the care, custody, control, management, or possession of any federally insured bank, and that Title 18 of the United States Code, Section 2113(d), provides that whoever, in committing or attempting to commit a violation of Section 2113(a) assaults any person or puts in jeopardy the life of any person by the use of a dangerous weapon or device is subject to increased penalties. Having so said, I make this affidavit in support of a criminal complaint charging **LAVELL LIVRAMENTO ("LIVRAMENTO'), \*\*/\*\***/1962; with armed robbery of Blue Hills Bank, a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation.

3. The facts stated herein are based on my personal knowledge, as well as information provided to me by witnesses and other law enforcement officers involved in the investigation and from reviewing evidence, such as bank surveillance images. In submitting this affidavit, I have not included each and every fact known to me about this investigation, but only those facts which are necessary to establish the requisite probable cause.

## BACKGROUND

4. Beginning in or about July 10, 2012, the Task Force, as well as other local law enforcement agencies, has been involved in investigating a series of bank robberies which occurred in Taunton, Mansfield, Dedham and Swansea. As a result of the on-going investigation, law enforcement received information which identified LIVRAMENTO as a potential suspect. Detective Shane Raimos ("Raimos") of the New Bedford Police Department reviewed surveillance photos from the various bank robberies in which the robber's face is visible. Raimos recognized LIVRAMENTO as one of the individuals in the bank robbery photos, having grown up in the same town as LIVRAMENTO and having known LIVRAMENTO for several years. Law enforcement also received information, later confirmed, that LIVRAMENTO was missing the pinky and ring finger of his left hand.

## ROBBERY OF BLUE HILLS BANK

5. On November 29, 2012, at approximately 4:35 p.m., hours, an unknown Hispanic male walked into Blue Hills Bank in Dedham, Massachusetts (the "Bank"). The male walked up to three different tellers and demanded money while brandishing a knife. Each of the tellers complied and the male then fled the bank through its front entrance, taking $12,695, more or less. The male, approximately 5'7"-5'9" in height and of medium build, was wearing a dark, hooded sweatshirt, light blue baseball cap, gray "cargo" style sweatpants, and sneakers. Eyewitnesses as well as images captured from the Bank's surveillance system show that the male was missing the pinky and ring fingers of his left hand. A copy of the surveillance photo is attached hereto as Attachment A.

6. A check of the Department of Corrections database showed a photo of LIVRAMENTO missing the same two fingers as the suspect in the above named BANK robbery. A copy of the photo retrieved from this database is attached as Attachment B. Additionally, Task Force Officers compared the photos from the Bank robbery and recognized LIVRAMENTO as being the same person depicted in other prior surveillance photos from the series of robberies.

7. A check with the Registry of Motor Vehicles revealed that LIVRAMENTO drove a Nissan Maxima, RI 61983.

8. On Friday, November 30, 2012, Massachusetts State Police observed LIVRAMENTO on Route 140 in Freetown, MA., driving the Nissan Maxima. LIVRAMENTO was stopped and placed under arrest for the Bank robbery. During the course of the arrest, officers found clothing and a plastic bag with a large amount of U.S. currency in it.

9. Subsequent to his arrest, having been advised of his rights and indicating that he understood and was willing to waive those rights, LIVRAMENTO provided the following information:

a. LIVRAMENTO indicated he was married but separated and was depressed over the separation and the recent loss of a job. He claimed he was essentially homeless. It was observed that LIVRAMENTO's left hand was missing the pinky and ring finger, which he said occurred in a construction accident a few years ago.

b. With respect to the robbery at the Bank, LIVRAMENTO identified himself from bank surveillance photos and initialed and dated the photographs. At the time of his arrest, LIVRAMENTO was wearing gray cargo sweatpants and as well as Nike sneakers. LIVRAMENTO confirmed that the clothes were the same he wore during the robbery. He also identified a dark colored sweatshirt, recovered from his vehicle, as being the one he wore during the robbery. He claimed the knife was a kitchen knife that he threw away after fleeing the Bank, throwing it "somewhere on the highway. "

c. LIVRAMENTO identified himself in surveillance photos from the two Taunton bank robberies; the Mansfield bank robbery, the Dedham armed bank robbery and the Swansea bank robbery. During the course of the interview, LIVRAMENTO was upset, saying "You fucking got me" and "I'm going away for the rest of my life."

## CONCLUSION

10. Based upon the above, I believe that there is probable cause to believe that **LIVELL LIVRAMENTO** violated 18 U.S.C. Sections 2113(a) and (d) and did, by force and violence and by intimidation, take from a person and in the presence of another, money, in the care, custody, control and

management and possession of Blue Hills Bank; and in doing so assaulted a person and put in jeopardy

the life of a person by use of a dangerous weapon, to wit, a knife.

Detective John Oliveira
Task Force Officer
Date:

Subscribed and sworn to before me this 2st day of December 2012.

JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE

11/29/2012 16:36:31.36
3 Teller 2

